IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| CEMD ELEVATOR CORP., et al. | : | NO. 22-2304 |

## ORDER

AND NOW, this 1st day of March, 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants CEMD Elevator Corp. and Stephan Diemer to dismiss the complaint of plaintiffs (Doc. # 18) is GRANTED IN PART and DENIED IN PART;

(2) the motion of CEMD Elevator Corp. is GRANTED with respect to plaintiffs' claim for unpaid contributions under ERISA for the months of May 2016, June 2016, and July 2016; and

(3) the motion of CEMD Elevator Corp. and Stephen Diemer is otherwise DENIED WITHOUT PREJUDICE.

BY THE COURT:

/s/  Harvey Bartle III
                               J.