IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al. | : : : : | CIVIL ACTION |
| v. | : : | NO. 22-2304 |
| CEMD ELEVATOR CORP. d/b/a CITY ELEVATOR, et al. | : : | |

ORDER

AND NOW, this 31st day of May 2024, based on the findings of fact and conclusions of law set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs Trustees of the National Elevator Industry Pension Fund, Trustees of the National Elevator Industry Health Benefit Fund, and Trustees of the National Elevator Industry Educational Fund for default judgment as to defendant Mitchell Hellman (Doc. # 55) is GRANTED.

BY THE COURT:

/s/   Harvey Bartle III
                                    J.